UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN 10  P 3: 34

THOMAS FISHER

JURY TRIAL DEMANDED

U.S. DISTRICT COURT
NEW HAVEN, CT

v.                          CASE NO. 3:05CV

GENERAL REVENUE CORPORATION

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

   2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

   3. Plaintiff is a natural person who resides in Connecticut.

   4. Defendant is a debt collector within the FDCPA.

   5. The defendant communicated with plaintiff or others, in connection with collection efforts with regard to plaintiff's personal account claimed owed to an unknown entity identified as Hilco Receivables.

First Count

   6. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692c, -d, -e, -f, or -g.

Second Count.

7. The allegations of the First Count are repeated and realleged as if fully set forth herein.

8. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, C.G.S. §36a-645 *et seq.*, or the Consumer Collection Agency Act, C.G.S. § 36a-800 *et seq.*

9. Defendant has thereby committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                          THE PLAINTIFF

BY____/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
NEW HAVEN, CT 06511-6957
(203) 772-0395
j.faulkner@snet.net