UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS FISHER

v.  CASE NO. 3:05CV 53 (AWT)

GENERAL REVENUE CORPORATION  March 28, 2005

## NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action, with prejudice and without costs or fees based on the parties' settlement agreement.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that a copy of the foregoing was mailed on March 24, 2005, postage prepaid, to:

Kevin Dreyer Esq.
General Revenue Corp.
11501 Northlake Dr
Cincinnati OH 45249

___/s/ Joanne S. Faulkner__
Joanne S. Faulkner